**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MAURO ALEJANDRO ARRIETA PADILLA, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. CIV-26-1881-R |
| WARDEN, Cimarron Correctional Facility, et al., | ) ) ) | |
| Respondents. | ) ) | |

## ORDER TO CURE DEFICIENCY

The Court has received Petitioner's Petition for Writ of Habeas Corpus.  Doc. 1. However, Petitioner has not paid the required $5.00 filing fee or, alternatively, filed a motion to proceed in forma pauperis.  Petitioner must cure this deficiency **not later than August 19, 2026**.  Failure to do so may result in dismissal of this action.  *See* LCvR3.2(a). The Clerk of the Court is directed to send to Petitioner any form necessary for compliance with this Order.

**IT IS SO ORDERED** this 29th day of July, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE